No. 01–7868. HARRIS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–7869. HEARD v. GEORGIA BOARD OF PARDONS AND PAROLES. C. A. 11th Cir. Certiorari denied.

No. 01–7870. GRAY v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 01–7875. GRAVES v. SUPREME COURT OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 01–7877. FELIX v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–7878. GREENFIELD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–7882. PERRY v. CHILDS, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–7891. LOGGINS v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7892. JAMES v. GEORGIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7893. FEASTER v. PULLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–7894. GREEN v. TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 01–7895. HARVEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–7902. HARRELL v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7903. GOWING v. MICHIGAN. Ct. App. Mich. Certiorari denied.